UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                :
ELSA CARRASCO,                      :

              Plaintiff,           :

                                      :         20-CV-10197 (JMF)
        -v-                                       :
                                      :             <u>ORDER</u>

KON'TO EURO CARIBBEAN CUISINE CORP. d/b/a  :
SEAWALK RESTAURANT, et al.,                  :

            Defendants.         :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On February 18, 2021, Martin E. Restituyo of the Law Offices of Martin E. Restituyo, P.C. ("Defendants' Counsel") entered a notice of appearance on behalf of "Defendants" — without further qualification. ECF No. 10. Accordingly, the docket reflects that Defendants' Counsel is counsel of record for all Defendants — that is Kon'to Euro Caribbean Cuisine Corp. ("Kon'to"), Gregorio R. Gonzalez, Denisse Tejada, and Rafael Anaya. The Answer filed by Defendants' Counsel, however, indicates that it is on behalf of only Defendants Kon'to and Gonzalez — not Tejada nor Anaya. ECF No. 12. Similarly, the signature block at the end of the Answer indicates that Defendants' Counsel represents only Kon'to and Gonzalez. *Id.*

      In light of the foregoing, Defendants' Counsel is ORDERED to file a letter on ECF, **no later than March 1, 2021**, clarifying (1) whether Defendants Tejada and/or Anaya are in fact his clients and whether he is appearing on their behalf in this case and (2) if so, whether the Answer filed on February 18, 2021, ECF No. 12, is on behalf of Defendants Tejada and/or Anaya.

      SO ORDERED.

Dated: February 24, 2021                          _____
      New York, New York                              JESSE M. FURMAN
                                                                   United States District Judge